UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 08-10197-JLT |
| | * | |
| ELVIS EMIT GUERRERO, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 2, 2009

TAURO, J.

Having considered the Government's arguments in its April 1, 2009 <u>Motion for Reconsideration</u>, this court nonetheless declines to vacate its March 30, 2009 Order requiring the Government to produce to Defendant all documents related to the cooperating witness's relationship with the Government. Accordingly, the Government's <u>Motion for Reconsideration</u> [#49] is DENIED. Furthermore, in light of the Government's express statement in its <u>Motion for Reconsideration</u> that it will decline to comply with this court's March 30, 2009 Order, this court also excludes the cooperating witness from testifying at trial.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge