# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Elvis Emit Guerrero | )<br>)<br>) Case No: 1:08-cr-10197-LTS<br>) USM No: 26951-038 |
| Date of Previous Judgment: 12/11/2012<br>(Use Date of Last Amended Judgment if Applicable) | ) John S. Day<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **78** months is reduced to **63** months, but in no event less than time served on 11/1/15.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **28**   Amended Offense Level: **26**
Criminal History Category: **1**   Criminal History Category: **1**
Previous Guideline Range: **78** to **97** months   Amended Guideline Range: **63** to **78** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **12/11/2012** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/01/2015

*Judge's signature*

Effective Date: 11/1/15
(if different from order date)

Leo T. Sorokin, U.S. District Judge
Printed name and title